*Luba N. Hill*, pro se, in support of the petition.

Decided May 2, 2003

## STATEWIDE GRIEVANCE COMMITTEE *v.* IRVING J. PINSKY

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 906 (AC 22623), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Max F. Brunswick*, in support of the petition.

*Michael P. Bowler*, assistant bar counsel, in opposition.

Decided May 2, 2003

## STATE OF CONNECTICUT *v.* VICTOR WEBB

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 447 (AC 21834), is denied.

*David V. DeRosa*, special public defender, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided May 2, 2003